### 29870. DAVIS *v.* THE STATE.

GARDNER, J. The plaintiff in error was convicted of possessing more than one quart of whisky. His motion for a new trial, on the general grounds, was overruled and he excepted. The evidence was sufficient to sustain the verdict. There is no merit in the motion for new trial. *Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED OCTOBER 22, 1942.

*Kelly & Hicks,* for plaintiff in error.
*Henderson L. Lanham, solicitor-general,* contra.